IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. MJ413-034
)
KELVIN ROBBINS, )
)
    Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 18), to which neither party objects. After a careful de novo review of the record, the Court concurs with the report and recommendation. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Defendant is found incompetent to stand trial pursuant to 18 U.S.C. § 4241. Defendant is hereby committed to the custody of the Attorney General for four months to evaluate, as speedily as possible, Defendant's dangerousness and to determine whether his competency can be restored.

SO ORDERED this 25th day of October 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA